NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL P. CHISENA,**
*Appellant*

**v.**

**MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, AARON JUDGE,**
*Appellees*

---

2023-2073

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91240180, 91242556, and 91243244.

---

PER CURIAM.

**ORDER**

Upon consideration of the parties' status report informing the court that the Trademark Trial and Appeal Board (TTAB) has not yet taken action following the November 2023 order granting a limited remand and directing the TTAB to conduct further proceedings,

IT IS ORDERED THAT:

Within 30 days of the date of entry of this order, the Trademark Trial and Appeal Board is directed to provide

to the court a status report as to the proceedings on remand.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 10, 2024
Date

cc: Trademark Trial and Appeal Board