NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL P. CHISENA,**
*Appellant*

**v.**

**MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, AARON JUDGE,**
*Appellees*

---

2023-2073

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91240180, 91242556, and 91243244.

---

PER CURIAM.

**ORDER**

This court previously remanded this case for the Trademark Trial and Appeal Board to consider modification of its protective order to allow Michael P. Chisena access to certain materials. On remand, the Board ordered the appellees (collectively, the "MLBPA") to redesignate certain materials, effective upon "approv[al] by th[is] Court." ECF No. 24 at 22. The parties now each submit objections to the order and request various relief in connection with how to proceed with this appeal. ECF Nos. 25, 27.

The court deems it the better course to accept the Board's order and for the MLBPA to raise its arguments concerning relevance of the materials in its brief.[1] Mr. Chisena is reminded that he may use the confidential information "only to facilitate the prosecution or defense of [the] Board proceeding." Board's Standard Protective Order ¶11 (2020).[2] And he is "obligated to maintain the confidentiality of the information" and "exercise reasonable care in handling, storing, using, disseminating, retaining, returning, and destroying the information." *Id.* The court further notes that Mr. Chisena's filings must comply with the court's rules, including Federal Circuit Rules 25.1 and 30(g), governing confidential information. *See, e.g.,* Fed. Cir. R. 25.1(e)(1), 30(g) (requiring documents containing confidential material be filed in two versions: a confidential version and a nonconfidential version).

Accordingly,

IT IS ORDERED THAT:

(1) The Board's July 23, 2024 order, ECF No. 24 at 3–22, is accepted by the court, and within seven days of the

---

[1] On June 18, 2024, the MLBPA re-designated and produced to appellant additional documents. *See* ECF No. 24 at 18 (identifying "AEO redactions redesignated by Opposers as CONFIDENTIAL, and thus reviewable by Mr. Chisena"). The MLBPA is not required to reproduce those documents, even if Mr. Chisena has yet to access them.

[2] https://www.uspto.gov/sites/default/files/documents/Standard%20Protective%20Order_02052020.pdf?utm_campaign=subscriptioncenter&utm_content=&utm_medium=email&utm_name=&utm_source=govdelivery&utm_term= (last visited Aug. 30, 2024).

date of entry of this order, the MLBPA is directed to comply with the Board's July 23, 2024 order.

(2) Mr. Chisena's opening brief, not to exceed 14,000 words, is due within 67 days of the date of entry of this order.

(3) All other pending requests for relief are denied.

FOR THE COURT

September 13, 2024
Date

Jarrett B. Perlow
Clerk of Court