NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL P. CHISENA,**
*Appellant*

**v.**

**MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, AARON JUDGE,**
*Appellees*

---

2023-2073

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91240180, 91242556, and 91243244.

---

PER CURIAM.

**O R D E R**

The parties submit filings at ECF Nos. 43, 44, and 46 in response to the court's January 6, 2025 Notice of Non-Compliance of Michael P. Chisena's confidential and non-confidential briefs at ECF Nos. 40 and 41. Mr. Chisena also submits corrected briefs at ECF Nos. 47 and 48.

Mr. Chisena's corrected briefs, while 65 pages in length, appear to be less than 14,000 words each, and therefore comport with this court's September 13, 2024

order. The corrected briefs, however, continue to include several deficiencies identified in the January 6th Notice. Further, under this court's rules, typically a party may mark up to 15 unique words as confidential in a brief. Fed. Cir. R. 25.1(d)(1)(A). Mr. Chisena's corrected confidential opening brief, ECF No. 48, redacts words far in excess of this limit, all relating to information Major League Baseball Players Association and Aaron Judge (collectively, "MLBPA") have designated as confidential.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Mr. Chisena's informal corrected confidential and nonconfidential opening briefs, ECF Nos. 48 and 47, respectively, are deemed timely filed but non-compliant.

(2) Within seven days from the date of entry of this order, MLBPA is directed to respond as to why the confidentiality markings in Mr. Chisena's corrected opening briefs concerning MLBPA's information are "appropriate and necessary pursuant to a statute, administrative regulation, or court rule." Fed. Cir. R. 25.1(d)(3)(A).

(3) The briefing schedule, including Mr. Chisena's requirement to file a compliant corrected brief, is stayed pending further notice of this court.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 20, 2025
Date