NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL P. CHISENA,**
*Appellant*

**v.**

**MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, AARON JUDGE,**
*Appellees*

---

2023-2073

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91240180, 91242556, and 91243244.

---

## O R D E R

In response to the court's March 25, 2025 order, Major League Baseball Players Association informs the court that it "does not seek to maintain confidentiality over the material on pages 19 and 20 of Mr. Chisena's opening brief," ECF No. 54 at 2, having previously agreed that any other redactions were unnecessary, ECF No. 53 at 1.

Upon consideration thereof,

IT IS ORDERED THAT:

Within 14 days from the date of entry of this order Mr. Chisena is directed to file a corrected informal opening brief containing no redactions.

FOR THE COURT

April 8, 2025
Date

Jarrett B. Perlow
Clerk of Court