NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL P. CHISENA,**
*Appellant*

**v.**

**MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, AARON JUDGE,**
*Appellees*

---

2023-2073

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91240180, 91242556, and 91243244.

---

**O R D E R**

Upon consideration of ECF No. 49, staying the briefing schedule "pending further notice of the court," and ECF No. 53, setting the due date for the response brief,

IT IS ORDERED THAT:

(1) The stay of the briefing schedule is lifted.

(2) Appellees's response brief remains due as set forth in ECF No. 53.

FOR THE COURT

April 9, 2025
Date

Jarrett B. Perlow
Clerk of Court