NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL P. CHISENA,**
*Appellant*

**v.**

**MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, AARON JUDGE,**
*Appellees*

---

2023-2073

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91240180, 91242556, and 91243244.

---

**ORDER**

Upon consideration of Michael P. Chisena's submission received April 16, 2025, and docketed as ECF No. 57,

IT IS ORDERED THAT:

ECF No. 57 is accepted as Mr. Chisena's corrected informal opening brief.

FOR THE COURT

April 23, 2025
Date

Jarrett B. Perlow
Clerk of Court