# United States Court of Appeals for the Federal Circuit

---

**MICHAEL P. CHISENA,**
*Appellant*

**v.**

**MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION, AARON JUDGE,**
*Appellees*

---

2023-2073

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in Nos. 91240180, 91242556, 91243244.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

January 8, 2026
Date

Jarrett B. Perlow
Clerk of Court